FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUL -6 PM 5: 17

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. _____ |
| | ) | |
| v. | ) | VIO: 18 U.S.C. § 922(g)(1) |
| | ) | Possession of Firearm |
| | ) | and Ammunition |
| ROBERT GADSON, | ) | by a Convicted Felon |
| Defendant. | ) | |
| | ) | |

CR 416-257

### COUNT ONE
(Possession of Firearm by a Convicted Felon)

THE GRAND JURY CHARGES THAT:

On or about March 19, 2016, in Chatham County, within the Southern District of Georgia, the defendant,

**ROBERT GADSON**

who before that time had been convicted of a felony offense, an offense punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess, in and affecting commerce, a firearm, that is,

> one Shooters Arms Manufacturing, Model Titan, .45 caliber pistol, serial number TB102550,

which had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
(Possession of Ammunition by a Convicted Felon)

THE GRAND JURY CHARGES THAT:

On or about March 19, 2016, in Chatham County, within the Southern

1

District of Georgia, the defendant,

## ROBERT GADSON

who before that time had been convicted of a felony offense, an offense punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess, in and affecting commerce,

sixteen .45 Caliber ACP rounds of ammunition,

which had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 922(g)(1) as set forth in Counts One and Two of this Indictment, the defendant,

## ROBERT GADSON

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offenses, specifically, Shooters Arms Manufacturing, Model Titan, .45 caliber pistol, serial number TB102550 and sixteen .45 Caliber ACP rounds of ammunition referenced in the

2

aforementioned counts.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

                                                      A TRUE BILL.

James Durham
First Assistant United States Attorney

Brian T. Rafferty
Criminal Division Chief

Edward J. Tarver
United States Attorney

J. Thomas Clarkson**
Assistant United States Attorney
** Lead counsel